**John T. LYELL, Appellant, v. UNITED STATES of America.**

No. 11552.

Circuit Court of Appeals, Eighth Circuit.

Dec. 21, 1939.

I. K. Lewis, of Duluth, Minn., and C. G. Dosland, of Moorhead, Minn., for appellant.

Victor E. Anderson, U. S. Atty., and Russell C. Rosenquest, Asst. U. S. Atty., both of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from United States District Court dismissed without taxation of costs in favor of either of parties in this Court, pursuant to stipulation.

**METROPOLITAN TRUST COMPANY OF CALIFORNIA v. Baron Philip Van Pallandt VAN EERDE et al.**

No. 9378.

Circuit Court of Appeals, Ninth Circuit.

Jan. 15, 1940.

Swaffield & Swaffield, of Los Angeles, Cal., for appellant.

J. D. Taggart, Mott, Vallee & Grant, Holbrook, Taylor, Tarr & Horton, and Meserve, Mumper, Hughes & Robertson, all of Los Angeles, Cal., for appellees.

Before GARRECHT, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal herein dismiss-

ed, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**S. R. MORGAN, Appellant, v. Ed BLIEDEN, Trustee in Bankruptcy.**

No. 11567.

Circuit Court of Appeals, Eighth Circuit.

Dec. 20, 1939.

Coulter & Coulter, and C. E. Garner, all of Little Rock, Ark., for appellant.

D. D. Panich, of Little Rock, Ark., and Arthur L. Adams, of Jonesboro, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed with costs, pursuant to stipulation.

**In the Matter of MUNSON STEAMSHIP LINE, Debtor.**

**In the Matter of The Appeals of HUNT, HILL & BETTS, Appellants, and Bennet, House & Couts, Appellants. Munson Line, Incorporated, Appellee.**

No. 192.

Circuit Court of Appeals, Second Circuit.

Dec. 26, 1939.

Hunt, Hill & Betts, of New York City, pro se.

Bennet, House & Couts, of New York City (William S. Bennet, Victor House, and Samuel H. Levinkind, all of New York City, of counsel), pro se.

Lowell M. Birrell, of New York City (Lloyd C. Hartman, of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Orders affirmed.